1  MICHAEL A. LAURENSON (SBN: 190023)
   NICOLE C. HARVAT (SBN: 200469)
2  GORDON & REES LLP
   Embarcadero Center West
3  275 Battery Street, Suite 2000
   San Francisco, CA 94111
4  Telephone: (415) 986-5900
   Facsimile: (415) 986-8054
5
   Attorneys for Defendants
6  THE REGENTS OF THE UNIVERSITY OF
   CALIFORNIA (erroneously sued herein as
7  INSTITUTE OF GOVERNMENTAL STUDIES
   AT THE UNIVERSITY OF CALIFORNIA AT
8  BERKELEY) and NICK ROBINSON

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11 KEITH GALIANO,                        ) CASE NO. C07 05557 MJJ
                                         )
12            Plaintiff,                 ) **DEFENDANTS THE REGENTS'**
                                         ) **AND NICK ROBINSON'S NOTICE**
13     vs.                               ) **OF MOTION AND MOTION TO**
                                         ) **DISMISS**
14 INSTITUTE OF GOVERNMENTAL STUDIES AT ) **(FRCP 12(b)(1) and (6))**
   THE UNIVERSITY OF CALIFORNIA AT       )
15 BERKELEY, an unincorporated association, NICK ) Accompanying Documents:
   ROBINSON, DOES 1-5, inclusive         ) MEMORANDUM OF POINTS AND
16                                       ) AUTHORITIES IN SUPPORT OF
              Defendants.                ) MOTION TO DISMISS; PROPOSED
17 _____) ORDER

18                                        Date: February 26, 2008
                                          Time: 9:30 a.m.
19                                        Courtroom: 11, 19th Floor
                                          Judge: Hon. Martin J. Jenkins
20

21                        **NOTICE OF MOTION TO DISMISS**

22 TO PLAINTIFF, IN PRO SE:

23     PLEASE TAKE NOTICE that defendants THE REGENTS OF THE UNIVERSITY OF

24 CALIFORNIA (erroneously sued herein as the INSTITUTE OF GOVERNMENTAL STUDIES

25 AT THE UNIVERSITY OF CALIFORNIA AT BERKELEY) and NICK ROBINSON will and

26 hereby do move the Court to dismiss plaintiff's claims under Federal Rules of Civil Procedure

27 12(b)(1) and (6) for lack of subject-matter jurisdiction and failure to state a claim upon which

28

-1-
DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS – CASE NO. C07-05557 MJJ

1 relief can be granted on the following grounds:

2    1.    The Institute of Governmental Studies Library ("IGS Library") is a unit of the University of California at Berkeley and therefore, the proper legal entity is The Regents of the University of California ("The Regents").

    2.    The Regents, a State entity, is entitled to sovereign immunity under the Eleventh Amendment and further, is not considered a "person" under 42 U.S.C. section 1983 or California Civil Code section 52.1 ("Bane Act"). Plaintiff's sections alleging violations of these statutes are barred.

    3.    Plaintiff fails to allege a violation of free speech rights because the IGS Library has the right to impose speech restrictions, such like the one of which Plaintiff complains. Accordingly, because he has not alleged a violation of free speech rights, his claim of retaliation based on protected speech cannot survive.

    4.    Plaintiff also fails to allege a viable Equal Protection Rights claim because he does not identify any acts of discrimination based on any protected characteristic and further does not allege that defendants acted irrationally without a legitimate interest in asking him to bring noise complaints to the IGS Library staff.

    5.    Defendant Nick Robinson is entitled to qualified immunity because plaintiff fails to articulate that IGS Library patrons have a clearly established right to speak with other library patrons and because the IGS Library enjoys the privilege of selectively enforcing rules related to its use.

    6.    Plaintiff's Bane Act claim fails because he does not articulate facts that Defendant Robinson engaged in speech that would create a reasonable fear of violence against him and because plaintiff did not plead a violation of any valid constitutional right.

    7.    Finally, plaintiff's claims for declaratory and injunctive relief cannot survive because he did not properly allege a violation of 42 U.S.C. section 1983.

///
///
///

1  The motion is based upon this Notice of Motion and Motion and the Memorandum of
2  Points and Authorities in Support Thereof, filed herewith, and the pleadings and papers on file
3  herein.

5  Dated: January 18, 2008                GORDON & REES LLP

7                                         By: _____
8                                         Nicole C. Harvat
                                           Attorneys for Defendants THE
                                           REGENTS OF THE UNIVERSITY OF
9                                         CALIFORNIA and NICK ROBINSON

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

UCR/1048612/5315808v.1

-3-
DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS – CASE NO. C07-05557 MJJ