1 MICHAEL A. LAURENSON (SBN: 190023)
NICOLE C. HARVAT (SBN: 200469)
2 GORDON & REES LLP
Embarcadero Center West
3 275 Battery Street, Suite 2000
San Francisco, CA 94111
4 Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendants
THE REGENTS OF THE UNIVERSITY OF
CALIFORNIA (erroneously sued herein as
INSTITUTE OF GOVERNMENTAL STUDIES
AT THE UNIVERSITY OF CALIFORNIA AT
BERKELEY) and NICK ROBINSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KEITH GALIANO, | CASE NO. C07 05557 MJJ |
|---|---|
| Plaintiff, | **PROOF OF SERVICE** |
| vs. | |
| INSTITUTE OF GOVERNMENTAL STUDIES AT THE UNIVERSITY OF CALIFORNIA AT BERKELEY, an unincorporated association, NICK ROBINSON, DOES 1-5, inclusive | |
| Defendants. | |

///
///
///
///
///
///
///
///
///

-1-
PROOF OF SERVICE – CASE NO. C07-05557 MJJ

PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon & Rees LLP 275 Battery Street, Suite 2000, San Francisco, CA 94111. On January 18, 2008, I served the within documents:

**DEFENDANTS THE REGENTS' AND NICK ROBINSON'S NOTICE OF MOTION AND MOTION TO DISMISS (FRCP 12(b)(1) and (6));**

**DEFENDANTS THE REGENTS' AND NICK ROBINSON'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS (FRCP 12(b)(1) and (6)); and**

**[PROPOSED] ORDER GRANTING MOTION TO DISMISS (FRCP 12(b)(1) and (6))**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by personally delivering the document(s) listed above via Docket Rocket to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at San Francisco, addressed as set forth below.

Keith Galiano
132 Upland Circle
Corte Madera, CA
Telephone: (415) 924-0849
keithg21@aim.com

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on January 18, 2008, at San Francisco, California.

_____
Karen Sheehy