1  MICHAEL A. LAURENSON (SBN: 190023)
   NICOLE C. HARVAT (SBN: 200469)
2  GORDON & REES LLP
   Embarcadero Center West
3  275 Battery Street, Suite 2000
   San Francisco, CA 94111
4  Telephone: (415) 986-5900
   Facsimile: (415) 986-8054
5
   Attorneys for Defendants
6  THE REGENTS OF THE UNIVERSITY OF
   CALIFORNIA (erroneously sued herein as
7  INSTITUTE OF GOVERNMENTAL STUDIES
   AT THE UNIVERSITY OF CALIFORNIA AT
8  BERKELEY) and NICK ROBINSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KEITH GALIANO, | CASE NO. C07 05557 MJJ |
|---|---|
| Plaintiff, | **PROOF OF SERVICE** |
| vs. | Accompanying Documents: DEFENDANTS' REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS; SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE |
| INSTITUTE OF GOVERNMENTAL STUDIES AT THE UNIVERSITY OF CALIFORNIA AT BERKELEY, an unincorporated association, NICK ROBINSON, DOES 1-5, inclusive | |
| Defendants. | Date: February 26, 2008<br>Time: 9:30 a.m.<br>Courtroom: 11, 19th Floor<br>Judge: Hon. Martin J. Jenkins |

19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

-1-
PROOF OF SERVICE – CASE NO. C07-05557 MJJ

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon & Rees LLP 275 Battery Street, Suite 2000, San Francisco, CA 94111. On February 12, 2008, I served the within documents:

**DEFENDANTS' REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS; and**

**DEFENDANTS' SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS (FRCP 12(b)(1) AND (6)**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by personally delivering the document(s) listed above via Docket Rocket to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at San Francisco, addressed as set forth below.

Keith Galiano
132 Upland Circle
Corte Madera, CA
Telephone: (415) 924-0849
keithg21@aim.com

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on February 12, 2008, at San Francisco, California.

_Karen Sheehy_