IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**KEITH GALIANO,**

        Plaintiff(s),

  v.

**INSTITUTE OF GOVERNMENTAL STUDIES OF THE UNIVERSITY OF CALIFORNIA AT BERKELEY,**

        Defendant(s),
_____/

No. **C07-05557 MJJ**

**Clerk's Notice**

(Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.)

Unfortunately, YOU ARE NOTIFIED THAT the **Defendant's Motion to Dismiss** hearing scheduled for **Tuesday, February 26, 2008**, before The Honorable Martin J. Jenkins, is **vacated**. A new hearing date and time will be issued upon reassignment of a new judge.

Sorry for any inconveniences,

Dated: February 20, 2008

                                          FOR THE COURT,

                                          Richard W. Wieking, Clerk
                                          By: /s/ M Narcisse
                                          Monica Narcisse
                                          Courtroom Deputy

Please refer to Judge Jenkins' Standing Order located at www.cand.uscourts.gov for additional information. Pursuant to the Standing Order, the rescheduling of a hearing date for a motion does not change the date on which an opposition brief or reply brief is due; any opposition brief remains due not less than 21 days prior to the date of the *originally noticed* hearing and any reply brief is due not less than 14 days prior to the *originally noticed* hearing date.

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH GALIANO,<br><br>          Plaintiff,<br><br>   v.<br><br>INSTITUTE OF GOVERNMENTAL<br>STUDIES OF THE UNIVERSITY OF<br>CALIFORNIA AT BERKELEY et al,<br><br>          Defendant.<br>_____ / | Case Number: CV07-05557 MJJ<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 20, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Keith Galiano
132 Upland Circle
Corte Madera, CA 94925-2109

Dated: February 20, 2008

*MNarcisse*

Richard W. Wieking, Clerk
By: Monica Narcisse, Deputy Clerk