1  MICHAEL A. LAURENSON  (SBN:  190023)
   NICOLE C. HARVAT  (SBN:  200469)
2  GORDON & REES LLP
   Embarcadero Center West
3  275 Battery Street, Suite 2000
   San Francisco, CA  94111
4  Telephone:  (415) 986-5900
   Facsimile:  (415) 986-8054
5
   Attorneys for Defendants
6  THE REGENTS OF THE UNIVERSITY OF
   CALIFORNIA (erroneously sued herein as
7  INSTITUTE OF GOVERNMENTAL STUDIES
   AT THE UNIVERSITY OF CALIFORNIA AT
8  BERKELEY) and NICK ROBINSON

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11 KEITH GALIANO,                    )  CASE NO. C07 05557 SBA
                                     )
12              Plaintiff,           )  **PROOF OF SERVICE OF**
                                     )  **RENOTICE OF DEFENDANTS**
13     vs.                           )  **THE REGENTS' AND NICK**
                                     )  **ROBINSON'S MOTION TO**
14 INSTITUTE OF GOVERNMENTAL STUDIES AT )  **DISMISS (FRCP 12(b) (1) and (6))**
   THE UNIVERSITY OF CALIFORNIA AT    )
15 BERKELEY, an unincorporated association, NICK )  Date:  June 3, 2008
   ROBINSON, DOES 1-5, inclusive      )  Time:  1:00 p.m.
16                                    )  Courtroom:  3, 3rd Floor
                Defendants.          )  Judge:  Hon. Saundra Brown Armstrong
17 _____ )

18

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

                                 -1-
   _____
        PROOF OF SERVICE -- CASE NO. C07-05557 MJJ

*Gordon & Rees LLP*
*275 Battery Street, Suite 2000*
*San Francisco, CA  94111*

1    I am a resident of the State of California, over the age of eighteen years, and not a party

2  to the within action.  My business address is: Gordon & Rees LLP 275 Battery Street, Suite
   2000, San Francisco, CA  94111.  On April 22, 2008, I served the within documents:

3    **RENOTICE OF DEFENDANTS THE REGENTS' AND NICK ROBINSON'S**
     **MOTION TO DISMISS (FRCP 12(b) (1) and (6))**

4

5  ☐  by transmitting via facsimile the document(s) listed above to the fax number(s) set
      forth below on this date before 5:00 p.m.

6     by personally delivering the document(s) listed above via Docket Rocket to the
      person(s) at the address(es) set forth below.

7

8  ☒  by placing the document(s) listed above in a sealed envelope with postage thereon
      fully prepaid, in United States mail in the State of California at San Francisco,
      addressed as set forth below.

9

10    Keith Galiano
      132 Upland Circle
11    Corte Madera, CA
      Telephone:  (415) 924-0849
12    keithg21@aim.com

13    I am readily familiar with the firm's practice of collection and processing correspondence

14  for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same
    day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on

15  motion of the party served, service is presumed invalid if postal cancellation date or postage
    meter date is more than one day after the date of deposit for mailing in affidavit.

16    I declare under penalty of perjury under the laws of the State of California that the above

17  is true and correct.

18    Executed on April 22, 2008, at San Francisco, California.

19                                              _Faith Harris_

20                                              Faith Harris

21

22

23

24

25

26

27

28

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA  94111

UCR/1048612/5316327v.1

-2-

PROOF OF SERVICE – CASE NO. C07-05557 MJJ