1  MICHAEL A. LAURENSON (SBN: 190023)
   NICOLE C. HARVAT (SBN: 200469)
2  GORDON & REES LLP
   Embarcadero Center West
3  275 Battery Street, Suite 2000
   San Francisco, CA 94111
4  Telephone: (415) 986-5900
   Facsimile: (415) 986-8054
5
   Attorneys for Defendants
6  THE REGENTS OF THE UNIVERSITY OF
   CALIFORNIA (erroneously sued as
7  INSTITUTE OF GOVERNMENTAL STUDIES
   AT THE UNIVERSITY OF CALIFORNIA AT
8  BERKELEY, and NICK ROBINSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KEITH GALIANO, | CASE NO. C07 05557 SBA |
|---|---|
| Plaintiff, | **RENOTICE OF DEFENDANTS THE REGENTS' AND NICK ROBINSON'S MOTION TO DISMISS (FRCP 12(b)(1) and (6))** |
| vs. | |
| INSTITUTE OF GOVERNMENTAL STUDIES AT THE UNIVERSITY OF CALIFORNIA AT BERKELEY, an unincorporated association, NICK ROBINSON, DOES 1-5, inclusive | Time: 1:00 p.m.<br>Date: June 17, 2008<br>Courtroom: 3, 3rd Floor<br>Judge: Hon. Saundra Brown Armstrong |
| Defendants. | |

### RENOTICE OF DEFENDANTS' MOTION TO DISMISS

TO PLAINTIFF, IN PRO SE:

PLEASE TAKE NOTICE that on June 17, 2008 at 1:00 p.m., or as soon thereafter as the matter may be heard in the above-entitled court, Defendants THE REGENTS OF THE UNIVERSITY OF CALIFORNIA and NICK ROBINSON will and hereby do move the Court to dismiss Plaintiff KEITH GALIANO'S claims against it for lack of subject-matter jurisdiction and for failure to state a claim upon which relief may be granted pursuant to the Federal Rules of Civil Procedure 12(b)(1) and (6)

///

-1-
RENOTICE OF DEFENDANTS' MOTION TO DISMISS – 12(B)(1) AND (6)

The motion will be based on this Renotice, the previously filed Notice of Motion, Defendants' Memorandum of Points and Authorities in support of Motion to Dismiss, Plaintiff's Memorandum of Law in Opposition to Defendants' Motion to Dismiss, Defendants' Reply Brief and Defendants' Supplemental Request for Judicial Notice, and any other pleadings and papers filed herein related to said Motion, courtesy copies of which have already been provided to chambers.

Dated: April 24, 2008

GORDON & REES LLP

By: _____
Nicole C. Harvat
Attorneys for Defendants THE REGENTS OF THE UNIVERSITY OF CALIFORNIA and <u>NICK ROBINSON</u>