1    MICHAEL A. LAURENSON  (SBN:  190023)
NICOLE C. HARVAT  (SBN:  200469)
2    GORDON & REES LLP
Embarcadero Center West
3    275 Battery Street, Suite 2000
San Francisco, CA  94111
4    Telephone:  (415) 986-5900
Facsimile:  (415) 986-8054

5

Attorneys for Defendants
6    THE REGENTS OF THE UNIVERSITY OF
CALIFORNIA (erroneously sued herein as
7    INSTITUTE OF GOVERNMENTAL STUDIES
AT THE UNIVERSITY OF CALIFORNIA AT
8    BERKELEY) and NICK ROBINSON

9                UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA

*Gordon & Rees LLP*
*275 Battery Street, Suite 2000*
*San Francisco, CA  94111*

| | |
|---|---|
| 11   KEITH GALIANO, | CASE NO. C07 05557 SBA |
| 12             Plaintiff, | **PROOF OF SERVICE OF RENOTICE OF DEFENDANTS** |
| 13     vs. | **THE REGENTS' AND NICK ROBINSON'S MOTION TO** |
| 14   INSTITUTE OF GOVERNMENTAL STUDIES AT | **DISMISS (FRCP 12(b) (1) and (6))** |
|       THE UNIVERSITY OF CALIFORNIA AT | |
| 15   BERKELEY, an unincorporated association, NICK | Date:  June 17, 2008 |
|       ROBINSON, DOES 1-5, inclusive | Time:  1:00 p.m. |
| 16 | Courtroom:  3, 3rd Floor |
|             Defendants. | Judge:  Hon. Saundra Brown Armstrong |
| 17 | |

18

19   / / /

20   / / /

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

-1-

1      I am a resident of the State of California, over the age of eighteen years, and not a party
2  to the within action.  My business address is: Gordon & Rees LLP 275 Battery Street, Suite
   2000, San Francisco, CA  94111.  On April 24, 2008, I served the within documents:

3      **RENOTICE OF DEFENDANTS THE REGENTS' AND NICK ROBINSON'S
   MOTION TO DISMISS (FRCP 12(b) (1) and (6))**
4

5  ☐    by transmitting via facsimile the document(s) listed above to the fax number(s) set
       forth below on this date before 5:00 p.m.

6      by personally delivering the document(s) listed above via Docket Rocket to the
       person(s) at the address(es) set forth below.

7

8  ☒    by placing the document(s) listed above in a sealed envelope with postage thereon
       fully prepaid, in United States mail in the State of California at San Francisco,
       addressed as set forth below.

9

10     Keith Galiano
       132 Upland Circle
11     Corte Madera, CA 94925-2109
       Telephone:  (415) 924-0849
       keithg21@aim.com
12

13     I am readily familiar with the firm's practice of collection and processing correspondence
   for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same
14  day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on
   motion of the party served, service is presumed invalid if postal cancellation date or postage
15  meter date is more than one day after the date of deposit for mailing in affidavit.

16     I declare under penalty of perjury under the laws of the State of California that the above
   is true and correct.
17

18     Executed on April 24, 2008, at San Francisco, California.

19
                                                            Marla Smith
20

21

22

23

24

25

26

27

28

*Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA  94111*

PROOF OF SERVICE – CASE NO. C07-05557 MJJ

UCR/1048612/5316327v.1