UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GALIANO,<br>        Plaintiff,<br><br>    vs.<br><br><br>INSTITUTE OF GOVERNMENTAL STUDIES,<br>        Defendant. | No. C 07-05557 SBA<br><br>CLERK'S NOTICE |

**Counsel for the Plaintiff is directed to serve a copy of this Notice upon any other party in this action. Following service, Counsel shall file a certificate of service with the Clerk of the Court)**

**YOU ARE HEREBY NOTIFIED THAT** the Case Management Conference set for May 7, 2008 has been continued to Tuesday, June 17, 2008, at 1:00 p.m., to follow the hearing on the motion in Courtroom 3 of the United States Courthouse, 1301 Clay Street, 3rd Floor, Oakland, California, 94612.


DATED:  5/1/08

                                                                  FOR THE COURT,
                                                                  Richard W. Wieking, Clerk


                                                                  By: _____
                                                                       LISA R. CLARK
                                                                       Courtroom Deputy




To:

|    |    |
|----|----|
| UNITED STATES DISTRICT COURT<br>FOR THE<br>NORTHERN DISTRICT OF CALIFORNIA | |
| GALIANO et al,<br><br>   Plaintiff,<br><br>   v.<br><br>INSTITUTE OF GOVERNMENTAL<br>STUDIES OF THE UNIVERSITY et al,<br><br>   Defendant. | Case Number: CV07-05557 SBA<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 1, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Keith Galiano
132 Upland Circle
Corte Madera, CA 94925-2109

Dated: May 1, 2008

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk