1   MICHAEL A. LAURENSON  (SBN:  190023)
    NICOLE C. HARVAT  (SBN:  200469)
2   GORDON & REES LLP
    Embarcadero Center West
3   275 Battery Street, Suite 2000
    San Francisco, CA  94111
4   Telephone:  (415) 986-5900
    Facsimile:  (415) 986-8054
5
    Attorneys for Defendants
6   THE REGENTS OF THE UNIVERSITY OF
    CALIFORNIA (erroneously sued as
7   INSTITUTE OF GOVERNMENTAL STUDIES
    AT THE UNIVERSITY OF CALIFORNIA AT
8   BERKELEY, and NICK ROBINSON

9

               UNITED STATES DISTRICT COURT
10
               NORTHERN DISTRICT OF CALIFORNIA
11

12
    KEITH GALIANO,                     )  CASE NO. C07 05557 SBA
13                                     )
                    Plaintiff,         )  **DEFENDANTS' OBJECTION TO**
14                                     )  **SUPPLEMENTAL MATERIAL**
           vs.                         )  **FILED WITHOUT PRIOR**
15                                     )  **PERMISSION**
    INSTITUTE OF GOVERNMENTAL STUDIES AT )
16  THE UNIVERSITY OF CALIFORNIA AT    )  Date:  June 17, 2008
    BERKELEY, an unincorporated association, NICK )  Time:  1:00 p.m.
17  ROBINSON, DOES 1-5, inclusive      )  Courtroom: 3, 3rd Floor
                                       )  Judge: Hon. Martin J. Jenkins
18                  Defendants.        )

19

20

21          Defendants hereby object to plaintiff's revised opposition to defendants' Motion to

22   Dismiss, filed by plaintiff on May 27, 2008.  This matter was fully briefed prior to reassignment

23   when defendants filed their reply brief on February 12, 2008.  Accordingly, plaintiff was

24   required to seek Court approval prior to filing any supplemental material per Local Rule 7-3(d).

25   /     /     /

26   /     /     /

27   /     /     /

28   /     /     /

                                          -1-

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

1    Should the Court decide to consider plaintiff's revised opposition, defendants request

2  permission to file a supplemental reply should they deem it necessary.

3  Dated: May 28, 2008                    GORDON & REES LLP

4

5                                         By:

6                                         Michael A. Laurenson
                                          Attorneys for Defendants THE
7                                         REGENTS OF THE UNIVERSITY OF
                                          CALIFORNIA and NICK ROBINSON

8

9

10

11

**Gordon & Rees LLP**
**275 Battery Street, Suite 2000**
**San Francisco, CA 94111**

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28