| | |
|---|---|
| 1 | MICHAEL A. LAURENSON (SBN: 190023) |
| | NICOLE C. HARVAT (SBN: 200469) |
| 2 | GORDON & REES LLP |
| | Embarcadero Center West |
| 3 | 275 Battery Street, Suite 2000 |
| | San Francisco, CA 94111 |
| 4 | Telephone: (415) 986-5900 |
| | Facsimile: (415) 986-8054 |
| 5 | |
| | Attorneys for Defendants |
| 6 | THE REGENTS OF THE UNIVERSITY OF |
| | CALIFORNIA (erroneously sued herein as |
| 7 | INSTITUTE OF GOVERNMENTAL STUDIES |
| | AT THE UNIVERSITY OF CALIFORNIA AT |
| 8 | BERKELEY) and NICK ROBINSON |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KEITH GALIANO, | ) | CASE NO. C07 05557 SBA |
|---|---|---|
| Plaintiff, | ) ) ) | **PROOF OF SERVICE OF DEFENDANTS' OBJECTION TO SUPPLEMENTAL MATERIAL FILED WITHOUT PRIOR PERMISSION** |
| vs. | ) ) ) | |
| INSTITUTE OF GOVERNMENTAL STUDIES AT THE UNIVERSITY OF CALIFORNIA AT BERKELEY, an unincorporated association, NICK ROBINSON, DOES 1-5, inclusive | ) ) ) ) ) | Date: June 17, 2008<br>Time: 1:00 p.m.<br>Courtroom: 3, 3rd Floor |
| Defendants. | ) ) | Judge: Hon. Saundra Brown Armstrong |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1   I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon & Rees LLP 275 Battery Street, Suite 2000, San Francisco, CA 94111. On May 28, 2008, I served the within documents:

**DEFENDANTS' OBJECTION TO SUPPLEMENTAL MATERIAL FILED WITHOUT PRIOR PERMISSION**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

by personally delivering the document(s) listed above via Docket Rocket to the person(s) at the address(es) set forth below.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at San Francisco, addressed as set forth below.

Keith Galiano
132 Upland Circle
Corte Madera, CA 94925-2109
Telephone: (415) 924-0849
keithg21@aim.com

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on May 28, 2008, at San Francisco, California.

_Daisy-Marie Galon_
Daisy-Marie Galon