KEITH GALIANO
132 Upland Circle
Corte Madera, CA 94925
(415) 924-0849



May 28, 2008

Clerk
United States District Court
1301 Clay Street, Suite 400S
Oakland, CA 94612-5212

    Re:    <u>Galiano v. Robinson, et al.</u>
            Case No. C07-05557 SBA

Ladies and Gentlemen:

    Please find enclosed, for filing, original declaration of personal service respecting plaintiff's revised Opposition to Motion to Dismiss, filed May 27, 2008.

    Thank you for your courtesy.

                                      Very truly yours,

                                      Keith Galiano
                                      Plaintiff Pro Se

# DECLARATION OF PERSONAL SERVICE

On May 27, 2008, I served true copies of the attached:

**Plaintiff's Memorandum of Law in Opposition to Motion to Dismiss [Revised]; Exhibits; Proposed Order**

on counsel for defendants in this matter by delivering same by hand to the following address:

Michael A. Laurenson, Esq.
Gordon & Rees
275 Battery Street, Suite 2000
San Francisco, CA 94111

    I declare that the foregoing is true and correct and that this declaration was executed on May 27, 2008 at San Rafael, CA.

*/s/ Keith Galiano*
Keith Galiano

---

Declaration of Service re Opposition to Motion to Dismiss [Revised]
Case No. C07-05557 SBA

Keith Galiano
132 Upland Circle
Corte Madera, CA 94925

NORTH
28 MAY

Clerk, United States District Court
1301 Clay Street, Suite 400S
Oakland, CA 94612-5212